UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRASCO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNNY CABAHE, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00724-LJO-JDP<br><br>ORDER DIRECTING CLERK OF COURT TO AMEND CASE CAPTION |

Plaintiff Richard Carrasco is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On July 15, 2019, we received plaintiff's notice, which we construe as a motion, that defendant Johnny Cabahe's name is misspelled in the case caption. ECF. No. 6. The defendant's last name should be spelled "Cababe." The clerk of court is directed to amend the case caption and other materials as necessary to reflect this change.

IT IS SO ORDERED.

Dated:   July 16, 2019                            /s/ Jeremy Peterson
                                                         UNITED STATES MAGISTRATE JUDGE

No. 205

1