UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRASCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY CABAHE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-00724-LJO-JDP<br><br>ORDER GRANTING PLAINTIFF'S PROPOSED ATTORNEY SUBSTITUTION<br><br>ECF No. 12 |

Plaintiff's proposed attorney substitution, ECF No. 12, is granted.

IT IS SO ORDERED.

Dated: 　November 26, 2019　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.

1