UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRASCO,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHNNY CABAHE, *et al.*,<br><br>  Defendants. | Case No. 1:19-cv-00724-NONE-JDP<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR A SUMMONS<br><br>ECF No. 16 |

Plaintiff's request that we issue a summons, ECF No. 16, is denied. Before the court issues a summons, we must rescreen plaintiff's first amended complaint. *See* 28 U.S.C. § 1915A(a). While the court will make its best efforts to do so quickly, limited judicial resources mean that some delay is inevitable. *See* ECF No. 15 at 2 ("[T]he shortfall in judicial resources will seriously hinder the administration of justice throughout this district, but the impact will be particularly acute in Fresno.").

IT IS SO ORDERED.

Dated:   March 20, 2020   
_____
UNITED STATES MAGISTRATE JUDGE

No. 205.