# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRASCO,<br><br>   Plaintiff,<br><br>v.<br><br>JOHNNY CABABE, *et al.*,<br><br>   Defendants. | Case No.: 1:19-cv-00724-DAD-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR LIMITED PRE-MEDIATION DISCOVERY, AND DIRECTING CLERK OF COURT TO SIGN SUBPOENA<br><br>(Doc. No. 26) |

This case is currently set for a settlement conference before the undersigned on August 13, 2020, at 10:00 a.m.

On May 11, 2010, Plaintiff filed an ex parte request for limited pre-mediation discovery. (Doc. No. 26.)

Good cause having been presented, it is HEREBY ORDERED that the Clerk of Court shall sign the subpoena attached as Exhibit A to Plaintiff's request (Doc. No. 26), and return it to Plaintiff's counsel for service.

IT IS SO ORDERED.

Dated:   **May 13, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1