UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRASCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY CARABE, *et.al.*,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00724-NONE-JDP (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE AND INFORMAL CONFERENCE |

　　　　This case is currently set for settlement conference before the undersigned on August 13, 2020, at 10:00 a.m., and an informal conference is scheduled for July 24, 2020, at 2:00 p.m.

　　　　On July 22, 2020, the parties filed a stipulation to continue the settlement conference. (Doc. No. 37.) The parties submit that, to date, all but one of the defendants remain unrepresented and have not made their initial appearances. In addition, counsel for defendant Hart made his appearance after the deadline to opt-out of the settlement conference expired. Thus, defendants are not presently in a position to discuss global resolution of the case by August 13, 2020.

///

///

///

///

1

Because there are outstanding issues, including unrepresented defendants, the Court finds the best course is to vacate, not continue, the settlement conference. Accordingly, it is HEREBY ORDERED that the August 13, 2020 settlement conference and informal conference set for July 24, 2020 are VACATED.

IT IS SO ORDERED.

Dated:   **July 23, 2020**

_____
UNITED STATES MAGISTRATE JUDGE