UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRASCO, | Case No. 1:19-cv-00724-NONE-JDP |
| Plaintiff, | ORDER LIFTING STAY AND ORDERING DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT |
| v. | |
| JOHNNY CABABE, *et al.*, | ECF No. 25 |
| Defendants. | |

Because the settlement conference in this case has been vacated, ECF No. 38, the court hereby lifts the stay in this action, ECF No. 25.  Defendants shall file responsive pleadings in accordance with the Federal Rules of Civil Procedure.  The court will issue a scheduling order once responsive pleadings have been filed.

IT IS SO ORDERED.

Dated:    July 27, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.

1