1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD CARRASCO,                          Case No. 1:19-cv-00724-NONE-JDP

12              Plaintiff,                        ORDER GRANTING IN PART PLAINTIFF'S
                                                  REQUEST FOR TELEPHONE ACCESS TO
13         v.                                     CONFER WITH HIS ATTORNEYS

14    JOHNNY CABABE, *et al.*,                    ECF No. 42

15              Defendants.                       ORDER THAT THE CLERK OF COURT
                                                  SERVE A COPY OF THIS ORDER ON THE
16                                                LITIGATION COORDINATOR AT
                                                  PLAINTIFF'S FACILITY
17

18

19         Plaintiff, a state prisoner with counsel, has moved for a court order giving him access to

20    two confidential phone calls with his attorneys, the first scheduled to occur on October 14, 2020,

21    at 1:00 p.m. and the second on October 28, 2020, at 1:00 p.m.  ECF No. 42.  In the court's

22    experience, it is typically not necessary to issue a writ for telephonic conferences between

23    lawyers and their clients.  This is because "prisoners have a Sixth Amendment right to confer

24    privately with counsel," *Mangiaracina v. Penzone*, 849 F.3d 1191, 1196 (9th Cir. 2017), and "a

25    First Amendment right to telephone access," *Keenan v. Hall*, 83 F.3d 1083, 1092 (9th Cir. 1996).

26         Because plaintiff has the right to meet confidentially and by telephone with his counsel, a

27    court order should not be necessary to facilitate such a meeting.  To the extent that the prison

28    needs confirmation that plaintiff is engaged in active litigation, this order confirms that it is the

                                                  1

1  case.  The clerk of court shall serve a copy of this order on the litigation coordinator at California

2  State Prison, Los Angeles County.  The court believes that the litigation coordinator should be

3  able to facilitate the conversations in question.

4
   IT IS SO ORDERED.
5

6
   Dated:  ___September 28, 2020___          _____
7                                            UNITED STATES MAGISTRATE JUDGE

8

9  No. 205.

2