UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONELL ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>SECOND WATCH SGT, et al.,<br><br>Defendants. | Case No. 1:19-cv-0724-DAD-EPG (PC)<br><br>ORDER REQUESTING THAT THE WARDEN OF KERN VALLEY STATE PRISON RESPOND TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF (ECF NO. 15)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S MOTION (ECF NO. 15) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF KERN VALLEY STATE PRISON, AND THE LITIGATION COORDINATOR AT KERN VALLEY STATE PRISON |

Plaintiff Clarence Lonell Roberson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

In his Second Amended Complaint, Plaintiff alleges, among other things, that he was attacked by inmates and that certain defendants failed to protect him from the attack. (ECF No. 12.) On January 4, 2021, the Court entered findings and recommendations recommending that this action proceed on Plaintiff's Eighth Amendment failure to protect claim against two Doe sergeants and a Doe lieutenant and on Plaintiff's Eighth Amendment claim for deliberate indifference to his serious medical needs against defendant KQA, defendant Gonzalez, the two Doe sergeants, the Doe lieutenant, and two Doe correctional officers and that all other claims

be dismissed. (ECF No. 13).[1]

On September 15, 2020, Plaintiff filed a motion for injunctive relief alleging that he is going to be transferred to the same institution, yard, and building where the incident occurred. (ECF No. 15.) Plaintiff states that he will once again be attacked if he is transferred.

Given Plaintiff's allegations, the Court will request that the Warden of Kern Valley State Prison file a response to Plaintiff's motion for injunctive relief.

Accordingly, IT IS REQUESTED that, within twenty-one (21) days from the date of service of this order, the Warden of Kern Valley State Prison file a response to Plaintiff's motion for injunctive relief (ECF No. 15).

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Senior Assistant Attorney General Monica Anderson, the Warden of Kern Valley State Prison, and the Litigation Coordinator at Kern Valley State Prison with a copy of this order and Plaintiff's motion for injunctive relief (ECF No. 15).

IT IS SO ORDERED.

Dated: **February 5, 2021**          /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The district judge has not yet addressed the findings and recommendations. The Court will authorize service after the findings and recommendations are addressed, if any claims are allowed to proceed.