UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRASCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. CABABE, et al.,<br><br>　　　　Defendant | No. 1:19-CV-00724-NONE-HBK<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND CLOSE CASE<br><br>(Doc. No. 55) |

　　　　Plaintiff filed a notice of settlement of this entire action on August 16, 2021.  (Doc. No. 52.)  On October 12, 2021, plaintiff filed a motion to dismiss the action with prejudice (Doc. Nos. 55, 55-1), which, given that at least one defendant has answered (Doc. No. 40), the court construes as a motion under Federal Rule of Civil Procedure 41(a)(2)(permitting a court to dismiss an action at a plaintiff's request upon terms the court considers proper).  So construed, the court concludes dismissal with prejudice is appropriate under the circumstances.  The motion to dismiss is therefore is GRANTED.  The case is dismissed with prejudice.

　　　　The clerk of court is directed to assign a district judge to this case for the purposes of closure and then to close this case.

IT IS SO ORDERED.

　　Dated:  **October 21, 2021**　　　　　　　　　　_[signature: Dale A. Drozd]_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1